THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE BENNETT and MARTHA BENNETT,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. C16-0091-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court on Plaintiffs' motion for a new trial date (Dkt. No. 19). The motion is GRANTED. The bench trial in this case is hereby CONTINUED to Monday, July 31, 2017 at 9:30 a.m. The proposed pretrial order, trial briefs, and motions in limine shall be due Monday, July 24, 2017. Any responses or objections to such filings shall be due Wednesday, July 26, 2017.

  DATED this 5th day of June 2017.

                <u>William M. McCool</u>
                Clerk of Court

                <u>s/Paula McNabb</u>
                Deputy Clerk

MINUTE ORDER, C16-0091-JCC
PAGE - 1