UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE BENNETT and MARTHA BENNETT, husband and wife,<br><br>            Plaintiffs,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | CASE NO. C16-0091-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 22). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The parties also stipulate that the Court shall retain jurisdiction over this action and the terms of the settlement. The Clerk is directed to CLOSE this case.

DATED this 11th day of July 2017.

                                            William M. McCool
                                            Clerk of Court

                                            s/Paula McNabb
                                            Deputy Clerk