UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE BENNETT and MARTHA BENNETT,<br><br>               Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CASE NO. C16-0091-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation (Dkt. No. 25) to renote the motion for an order to set a date for settlement payment (Dkt. No. 24). The Court accepts the stipulation and **RENOTES the motion (Dkt. No. 24) for Friday, September 8, 2017**. The Court advises the parties that there shall not be a hearing on this date, but that the noting date is the day by which the briefing is due and the motion is ripe for the Court's consideration. *See* W.D. Wash. Local Civ. R. 7(d).

DATED this 22nd day of August 2017.

                                                    William M. McCool
                                                  Clerk of Court

                                                  s/Paula McNabb
                                                  Deputy Clerk