THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE BENNET, JR. and MARTHA BENNETT, husband and wife,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. C16-0091-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court on notice by the Plaintiffs that settlement funds have been paid (Dkt. No. 27). The Court therefore DIRECTS the Clerk to STRIKE the pending motion for order to set date for payment of settlement (Dkt. No. 24) previously renoted for September 8, 2017 (Dkt. No. 26).

  DATED this 5th day of September 2017.

                William M. McCool
                Clerk of Court

                s/Paula McNabb
                Deputy Clerk